# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ORACLE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:12-cv-000550-CNC |
| | ) |
| LODSYS, LLC and | ) |
| LODSYS GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Oracle America, Inc. files this stipulation of dismissal, signed by all parties that have appeared, dismissing this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 10, 2013

By: *s/ Michael J. Hanrahan*
    Michael J. Hanrahan
    mjhanrahan@foslaw.com
    Fox, O'Neill & Shannon S.C.
    622 North Water Street, #500
    Milwaukee, WI 53202
    Telephone: 414-273-3939
    Fax: 414-273-3947

    Mark D. Fowler
    mark.fowler@dlapiper.com
    Robert Buergi
    robert.buergi@dlapiper.com
    DLA Piper LLP (US)
    2000 University Avenue
    East Palo Alto, CA 94303
    Telephone: 650-833-2000
    Fax: 650-833-2001

By: *s/ Aaron T. Olejniczak*
    Aaron T. Olejniczak
    aarono@andruslaw.com
    Andrus, Sceales, Starke & Sawall, LLP
    100 East Wisconsin Ave., Ste. 1100
    Milwaukee, WI 53202
    Telephone: 414-271-7590
    Fax: 414-271-5770

    Michael A. Goldfarb
    Christopher M. Huck
    Kit W. Roth
    Kelley, Goldfarb, Gill, Huck & Roth, PLLC
    700 Fifth Ave., Ste. 6100
    Seattle, WA 98104
    Telephone: 206-452-0260
    Fax: 206-397-3062

    *Attorneys for Defendants Lodsys, LLC and Lodsys Group, LLC*

James M. Heintz
jim.heintz@dlapiper.com
DLA Piper LLP (US)
One Fountain Square
11911 Freedom Drive, Ste. 300
Reston, VA 20190
Telephone: 703-773-4000
Fax: 703-773-5000

Kathryn Riley Grasso
kathryn.riley@dlapiper.com
David R. Knudson
david.knudson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Ste. 1700
San Diego, CA 92101
Telephone: 619-699-2700
Fax: 619-699-2701

*Attorneys for Plaintiff*
*Oracle America, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2013, I electronically filed the Plaintiff's Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) using the ECF system which will send notification of such filing to all parties of record.

                                           s/ Michael J. Hanrahan